THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RAPHAEL MOSCARELLI, Appellant.

Argued January 24, 1952; decided March 14, 1952.

*Edward H. Levine* and *Arnold D. Roseman* for appellant.

*Miles F. McDonald, District Attorney* (*Frank Di Lalla* of counsel), for respondent.

Judgments reversed and information dismissed on the ground that the evidence is insufficient in law to warrant a finding of guilt beyond a reasonable doubt. (*People* v. *Richardson,* 287 N. Y. 563; *People* v. *Carpenito,* 292 N. Y. 498.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.